# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY REAL,<br><br>        Petitioner,<br><br>  v.<br><br>PEOPLE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 18-2486 R (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 28, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE